JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGY AUTO PARTS, INC., | Case No.  CV 16-9406-GW(Ex) |
| Plaintiff, | |
| v. | **ORDER TO DISMISS** |
| ACE AMERICAN INSURANCE COMPANY, et al., | |
| Defendants. | |

Based upon the Plaintiff's Notice of Dismissal [25], it is hereby ORDERED that this action is dismissed in its entirety.

IT IS SO ORDERED.

Dated: August 24, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE